UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JACQUELINE STEVENS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 13 C 5152 |
| ) | |
| UNITED STATES DEPARTMENT OF STATE ) | Judge Marovich |
| ) | |
| Defendant. ) | |

**ATTORNEY DESIGNATION**

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case. This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses. See LR 83.16(b).

        Respectfully submitted,

        GARY S. SHAPIRO
        United States Attorney

        By: s/ Abigail L. Peluso
            ABIGAIL L. PELUSO
            Assistant United States Attorney
            219 South Dearborn Street
            Chicago, Illinois 60604
            (312) 353-5342
            abigail.peluso@usdoj.gov

## **CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that she caused a copy of the following document:

**ATTORNEY DESIGNATION**

to be served pursuant to the district court's ECF system as to ECF filers, if any, and served by *first-class* mail on the non-ECF filers listed below on August 7, 2013

Jacqueline Stevens
601 University Place
Evanston, IL 60208


 s/ Abigail L. Peluso
ABIGAIL L. PELUSO
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353.5342
abigail.peluso@usdoj.gov